## POLASKI v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 28, September Term, 1962.]

*Decided October 11, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal from an order recommitting petitioner to Patuxent Institution, after a finding that he was still a defective delinquent, must be denied for the reason that the petitioner filed no specification of errors as required by Maryland Rule 894. *Perkerson v. Director,* 226 Md. 666, 174 A. 2d 436.